FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 13 2001

at ___ o'clock and ___ min ___ M
WALTER A. Y. H. CHINN, CLERK

ELLIOT ENOKI
United States Attorney
District of Hawaii

LAWRENCE L. TONG
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR01-00228 HG |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | |
| MICHAEL A. TAIN (01), | ) | 18 U.S.C. § 1343 [Wire Fraud] |
| RYAN A. HOLT (02), | ) | 18 U.S.C. § 1341 [Frauds and Swindles] |
| Defendants. | ) | |

INDICTMENT

COUNTS 1-4

[Wire Fraud]

The Grand Jury charges:

At all times material to this Indictment:

Introduction

1. "F.H." are the initials of a person who resided on the Islands of Hawaii and Maui, in the State of Hawaii.

2. MICHAEL A. TAIN was a resident of the State of California, and at various times held himself out as the president of "BayCity Finance Limited" of London, United Kingdom,

or the president and chief executive officer of "Swiss International Banc E.F." of Stockholm, Sweden.

3. RYAN A. HOLT was a resident of the State of Michigan, and at times held himself out as the president and chief executive officer of "Gateway International Group, LLC."

4. In or about April 1995, F.H. made a $300,000 investment through persons other than TAIN and HOLT. F.H. did not obtain the full return on investment which had been promised. TAIN and HOLT learned of F.H.'s situation, and thereafter engaged in the schemes and artifices to defraud as outlined below.

The Scheme and Artifice to Defraud

5. From a precise earlier date unknown to the grand jury, but by June 1998, and continuing through on or about July 2, 1998, in the District of Hawaii and elsewhere, MICHAEL A. TAIN and RYAN A. HOLT knowingly devised and intended to devise a scheme and artifice to defraud and to obtain money from a person whose initials are F. H., by means of false and fraudulent pretenses, representations and promises, as well as omissions of material facts, well knowing at the time that such pretenses, representations, promises and omissions would be and were false when made. Such false statements, representations, promises and omissions included the following:

A. MICHAEL A. TAIN and RYAN A. HOLT promised to help F.H. obtain a return of the $300,000 investment which had gone bad. TAIN and HOLT falsely represented that they had substantial money in a foreign country which could be accessed only with the

payment of bank fees. TAIN and HOLT thus falsely promised F.H. that, if she obtained a mortgage on her property and provided them with the proceeds, TAIN and HOLT would (1) use the funds to obtain the release of other money, which would be used to pay F.H. the balance of the $300,000 which she had lost in the earlier investment; (2) make mortgage payments on the loan taken out by F.H.; and (3) guarantee a return of the amount of the mortgage, and the payment of 115% in interest within one year.

The Wire Communications

6. On or about the dates stated, in the District of Hawaii and elsewhere, MICHAEL A. TAIN and RYAN A. HOLT, for the purpose of executing the aforesaid scheme and artifice to defraud, and attempting to do so, did knowingly transmit, and cause to be transmitted, in interstate commerce, by means of wire communications, certain signs, signals and sounds, that is, the following writings, with each such wire communication constituting a separate count of this indictment:

| COUNT | DATE | WIRE COMMUNICATION |
|---|---|---|
| 1 | 6/25/98 | Facsimile dated 6/24/98 from Ryan A. Holt to Spectrum Mortgage of Honolulu, Hawaii concerning the mortgage of property owned by F.H. |
| 2 | 6/25/98 | Facsimile dated 6/24/98 from Ryan A. Holt to Spectrum Mortgage of Honolulu, Hawaii requesting a loan of $500,000 |
| 3 | 6/25/98 | Facsimile dated 6/25/98 from Ryan A. Holt to Spectrum Mortgage of Honolulu, Hawaii concerning the amount and funding of the loan |

| COUNT | DATE | WIRE COMMUNICATION |
|---|---|---|
| 4 | 7/2/98 | Wire transfer of $288,297.42 from Hawaii National Bank in Honolulu, Hawaii to Wells Fargo Bank, Beverly Hills, CA for payee Michael Tain |

All in violation of Title 18, United States Code, section 1343.

## COUNTS 5-9

[Wire Fraud]

The Grand Jury further charges:

### The Scheme and Artifice to Defraud

7. Paragraphs 1 through 4 of this Indictment are realleged and incorporated by reference.

8. From a precise earlier date unknown to the grand jury, but by April 18, 2001, and continuing through on or about May 26, 2001, in the District of Hawaii and elsewhere, MICHAEL A. TAIN and RYAN A. HOLT knowingly devised and intended to devise a scheme and artifice to defraud and to obtain money from a person they knew as "William Davies," by means of false and fraudulent pretenses, representations and promises, as well as omissions of material facts, well knowing at the time that such pretenses, representations, promises and omissions would be and were false when made. Such false statements, representations, promises and omissions included the following:

A. MICHAEL A. TAIN and RYAN A. HOLT promised to make an offshore investment of $2.345 million of William Davies' money. At the time, TAIN and HOLT knew that they had not repaid F.H. for a $345,000 loan which she had taken out in 1998 and

4

invested with them. TAIN and HOLT intended to divert $345,000 of the money invested by William Davies to repay F.H. for losses suffered during her earlier transaction with them, but falsely told Davies that the $2.345 million would be invested on his behalf.

   B.   MICHAEL A. TAIN and RYAN A. HOLT guaranteed William Davies a return of $100,000 per month on his investment, and that the principal amount would be guaranteed. TAIN and HOLT also made false representations that the money would always be on deposit with a well-known, credible financial institution, and could be withdrawn at any time on short notice.

   Wire Communications

   9.   On or about the dates stated, in the District of Hawaii and elsewhere, MICHAEL A. TAIN and RYAN A. HOLT, for the purpose of executing the aforesaid scheme and artifice to defraud, and attempting to do so, did knowingly transmit, and cause to be transmitted, in interstate commerce, by means of wire communications, certain signs, signals and sounds, that is, the following writings, with each such wire communication constituting a separate count of this indictment:

| COUNT | DATE | WIRE COMMUNICATION |
|---|---|---|
| 5 | 4/18/01 | Letter of Intent sent by facsimile from Ryan A. Holt in Michigan to Honolulu, Hawaii |
| 6 | 4/23/01 | Electronic mail from Ryan A. Holt in Michigan to Honolulu, Hawaii concerning Michael A. Tain's questions about the investor |
| 7 | 5/14/01 | Facsimile transmission from Ryan A. Holt in Michigan to Honolulu, Hawaii of document entitled, "SIB Responses" |

| COUNT | DATE | WIRE COMMUNICATION |
|---|---|---|
| 8 | 5/16/01 | Electronic mail from Ryan A. Holt in Michigan to Honolulu, Hawaii concerning deposit of funds |
| 9 | 5/20/01 | Facsimile transmission from Ryan A. Holt in Michigan to Honolulu, Hawaii of two letters of intent for the investment of $2.35 million and $5 million, respectively |

All in violation of Title 18, United States Code, section 1343.

## COUNT 10

[Frauds and Swindles]

The Grand Jury further charges:

### The Scheme and Artifice to Defraud

10. Paragraphs 1, 2, 3, 4 and 8 and its subparts are realleged and incorporated herein by reference.

### The Mailing

11. On or about April 27, 2001, in the District of Hawaii and elsewhere, MICHAEL A. TAIN and RYAN A. HOLT, for the purpose of executing the aforesaid scheme and artifice to defraud, and attempting to do so, did knowingly cause to be delivered by a private and commercial interstate carrier, namely, FedEx, according to the directions thereon, a business card of MICHAEL A. TAIN, president and chief executive officer of "Swiss International Banc, E.F.," together with a brochure and membership kit for said Swiss International Banc.

     All in violation of Title 18, United States Code, section 1341.

     DATED: Honolulu, Hawaii, June **13**, 2001.

                                        A TRUE BILL

                                        /s/
                                        _____
                                        FOREPERSON, GRAND JURY

_(signature)_ ACTING US ATTORNEY
_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_(signature)_
_____
LAWRENCE L. TONG
Assistant U.S. Attorney


United States v. Michael A. Tain, et al.
"Indictment"
Cr. No. _____

7